IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Solar Sky Construction Company,** et al<br>*Plaintiffs*,<br>vs.<br>**Dover Vantage, Inc.,** et al.<br><br>*Defendants*. | Case No. 18-31<br><br>**Motion for Default Judgment as to Dover Vantage, Inc., David Pollack, MAG Services Group, and Micheline Pollack** |

Plaintiff Solar Sky Construction Company respectfully moves that the Court enter a default judgment in the amount of $817,780.00 plus pre- and post-judgment interest as to Dover Vantage, Inc.; David Pollack; MAG Services Group; and Micheline Pollack in the above-captioned matter. In support of this motion, Solar Sky Construction Co. submits the attached Memorandum with supporting exhibits, the DECLARATION OF JOSEPH HENNESSEY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AS TO DOVER VANTAGE, INC., DAVID POLLACK, MAG SERVICES GROUP, AND MICHELINE POLLACK; the DECLARATION OF AHMADULLAH WAZIRY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AS TO DOVER VANTAGE, INC., DAVID POLLACK, MAG SERVICES GROUP, AND MICHELINE POLLACK, with supporting documents, and a PROPOSED ORDER OF DEFAULT JUDGEMENT.

Respectfully submitted this May 16, 2018.

                                                /s/ Joseph A. Hennessey
                                                Joseph A. Hennessey, Esq.
                                                DC Bar 453582
                                                The Law Office of Joseph Hennessey, LLC
                                                2 Wisconsin Circle, Suite 700
                                                Chevy Chase, Maryland 20815
                                                Telephone: (301) 351-5614
                                                Email: Jhennessey@jahlegal.com